# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALLA MARY ZEYTUNTSYAN

PLAINTIFF(S),

v.

NATIONAL VISION, INC. , et al.

DEFENDANT(S).

CASE NUMBER:

2:25−cv−08023−SVW−AGR

## NOTICE OF REASSIGNMENT
## OF CASE DUE TO UNAVAILABILITY
## OF JUDICIAL OFFICER

To:  All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

Accordingly, this case has been reassigned to:

Hon. ___Christina T. Shay___, Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read: ___2:25−cv−08023−SVW(CTSx)___. This is very important because documents are routed by the initials.

Clerk, U.S. District Court

By:  _/s/ Rebeca D Olmos_
Deputy Clerk

_June 8, 2026_
Date