SEYFARTH SHAW LLP
Phillip J. Ebsworth (SBN 311026)
pebsworth@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Mackenzie Mullin (SBN 357678)
mmullin@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
NATIONAL VISION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLA MARY ZEYTUNTSYAN,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL VISION, INC.; DOES 1-100, inclusive,<br><br>        Defendant. | Case No.: 2:25-cv-08023-SVW (AGRx)<br><br>Honorable Stephen V. Wilson<br><br>**DEFENDANT NATIONAL VISION, INC.'S STATUS REPORT**<br><br>Action Filed: July 16, 2025 |

1

DEFENDANT NATIONAL VISION, INC.'S STATUS REPORT

Defendant National Vision, Inc. ("Defendant") submits this Status Report pursuant to the Court's June 24, 2026 Order for a Joint Status Report. (Dkt. 17).

On May 21, 2026 Plaintiff commenced arbitration with JAMS. The Parties are currently selecting arbitrators.

DATED: July 8, 2026                                        Respectfully submitted,

                                                          SEYFARTH SHAW LLP


                                                          By: */s/ Phillip J. Ebsworth*
                                                              Philip J. Ebsworth
                                                              Mackenzie Mullin
                                                              Attorneys for Defendant
                                                              NATIONAL VISION, INC.

DEFENDANT NATIONAL VISION, INC.'S STATUS REPORT